No. 77–153.  SCHIFFMAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 77–155.  BALLARD, DBA BALLARD'S DAIRY QUEEN *v.* BURGER TRAIN SYSTEMS, INC.   C. A. 10th Cir.   Certiorari denied.

No. 77–156.  MILGO ELECTRONIC CORP. ET AL. *v.* CODEX CORP. ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 77–157.  CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION No. 186 *v.* McNALL BUILDING MATERIALS, INC.   C. A. 9th Cir.   Certiorari denied.

No. 77–158.  NORFOLK & WESTERN RAILWAY CO. *v.* WHITE.   Sup. Ct. Va.   Certiorari denied.

No. 77–168.  KAMEI-AUTOKOMFORT ET AL. *v.* EURASIAN AUTOMOTIVE PRODUCTS.   C. A. 9th Cir.   Certiorari denied.

No. 77–170.  RIEBOLD ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 77–171.  FRANKFORD HOSPITAL *v.* BLUE CROSS OF GREATER PHILADELPHIA.   C. A. 3d Cir.   Certiorari denied.

No. 77–173.  MOONE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 77–177.  PROVIDENT LIFE & ACCIDENT INSURANCE CO. *v.* ZAWACKI.   C. A. 6th Cir.   Certiorari denied.

No. 77–179.  AMPEREX ELECTRONIC CORP. *v.* NEW YORK RACING ASSN., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.